

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

October 21, 2021

VIA ECF
The Honorable Katherine Polk Failla, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007



      Re:     Nisbett v. Azuna LLC, 1:21-cv-6436 (KPF)

Dear Judge Failla:

      This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act. We respectfully request an adjournment of the October 29, 2021, 3:30 p.m., Initial Pretrial Conference.

      Defendant was served with the Summons and Complaint on August 17, 2021, making its responsive pleading due on September 7. (Doc. No. 6). However, no attorney representing the Defendant has contacted this firm nor filed a Notice of Appearance.

      Plaintiff makes this request to adjourn the conference to conserve the Court's resources. This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

      We appreciate the Court's consideration of this request.

                              Respectfully submitted,
                              LIPSKY LOWE LLP


                              s/ Douglas B. Lipsky
                              Douglas B. Lipsky

Application GRANTED. The initial pretrial conference set for October 29, 2021, is hereby adjourned *sine die*.

If it continues to be the case that Defendant has not appeared or otherwise participated in this action, Plaintiff is directed to file the necessary paperwork for a default judgment on or before November 22, 2021.

The Clerk of Court is directed to terminate the pending motion at docket entry 7.

Date:     October 22, 2021          SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE