

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

November 22, 2021

<u>VIA ECF</u>
The Honorable Katherine Polk Failla, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re:    <u>Nisbett v. Azuna LLC</u>, 1:21-cv-6436 (KPF)

Dear Judge Failla:

      This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act. We respectfully request an extension of the deadline to commence default judgment proceedings.

      As background, October 22, 2021, the Court set today as the deadline for Plaintiff to commence the default judgment proceedings. (Doc. No. 8). Since then, the parties have begun preliminary settlement talks to resolve this matter. Plaintiff, accordingly, requests a 30-day extension to commence these proceedings to allow these talks to progress, while conserving the Court's and the parties' resources.

      This is the first request to extend this deadline. The extension, if granted, would not affect any other deadlines or conferences.

      We appreciate the Court's consideration of this request.

                                             Respectfully submitted,
                                             LIPSKY LOWE LLP


                                             <u>s/ Douglas B. Lipsky</u>
                                             Douglas B. Lipsky

Application GRANTED.  The Court will provide Plaintiff until December 22, 2021, to commence default judgment proceedings if Defendant continues to fail to appear in this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Date:     November 23, 2021          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE